UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARL ECKSTROM, | ) |
| Petitioner, | ) No. SACV 11-1147 TJH (AJW) |
| v. | ) |
| BIMALFINGH J. SINGH, | ) ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), Supplemental Report and Recommendation, and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: October 5, 2011

_____
Terry J. Hatter, Jr.,
United States District Judge