```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10                             SOUTHERN DIVISION
11  CARL ECKSTROM,                )   Case No.   SACV 11-1147-TJH(AJW)
                                  )
12            Petitioner,         )
                                  )
13       v.                       )   JUDGMENT
                                  )
14  BIMALFINGH J. SINGH,          )
                                  )
15            Respondent.         )
    _____)
16
17      IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus
18  is dismissed.
19
20  Dated: October 5, 2011
21
22                                     _____
                                       Terry J. Hatter. Jr.
23                                     United States District Judge
24
25
26
27
28
```